1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Aaron Mayorquin-Veron, | ) | No. CIV 05-1820-PHX-EHC (MEA) |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Joseph Arpaio, | ) | |
| Defendant. | ) | |

On June 16, 2005, Plaintiff filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983, alleging claims based on overcrowding, unsanitary conditions, and improper storage and preparation of food. [Dkt. 1]. On July 29, 2005, the Court ordered service on Defendant Arpaio. [Dkt. 4]. The July 29, 2005 Order was returned to the Clerk of Court as undeliverable to Plaintiff. The returned mail indicated that Plaintiff had been released.

On September 30, 2005, Magistrate Judge Mark E. Aspey ordered Plaintiff to show cause, by October 21, 2005, why this case should not be dismissed for failure to provide the Court will a Notice of Address Change and for failure to timely serve Defendant Arpaio. [Dkt. 7]. The October 21, 2005 Order was returned to the Clerk of Court as undeliverable. Plaintiff has not responded to the Order to Show Cause.

On October 31, 2005, Magistrate Judge Aspey issued a Report and Recommendation, recommending the dismissal of this case. [Dkt. 9]. Plaintiff's copy of the Report and Recommendation was returned to the Clerk of Court as undeliverable. Plaintiff has not filed a Response or Objection to the Report and Recommendation.

1    A district court judge reviews *de novo* the Report and Recommendation of a Magistrate

2    Judge.  <u>See</u> 28 U.S.C. § 636(b)(1)(C).

3    The Court having reviewed the record *de novo*, adopts in full the Report and

4    Recommendation of the Magistrate Judge and incorporates the same as a part of this

5    Order.

6    Accordingly,

7    **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge is

8    adopted in full. [Dkt. 9].

9    **IT IS FURTHER ORDERED** that Plaintiff's Complaint [Dkt. 1] is **DISMISSED** without

10   prejudice.

11   DATED this 10th day of January, 2006.

12

13   _____

14   Earl H. Carroll
     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28